UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROGER JAMES ST. PIERRE, JR.

VERSUS

POTASH CORPORATION D/B/A PCS
NITROGEN FERTILIZER, L.P., ET AL

CIVIL ACTION

NO. 11-0536-BAJ-SCR

**RULING**

The Court having carefully considered the complaint, the motion to remand, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated November 15, 2011 (doc. 9) to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, plaintiffs' Motion to Remand and Opposition to Removal Is Denied.

Baton Rouge, Louisiana, December 23, 2011.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA